## STATE v. CHARLES BELTON HAWKINS.

(Filed 10 May, 1961.)

APPEAL by defendant from *Hooks, S.J.,* October 23, 1960 Special Term of GASTON.

Defendant was charged in a bill of indictment containing two counts with (a) operating a motor vehicle on the public highway while under the influence of an intoxicating beverage, which operation was a second offense, and (b) operating a motor vehicle on a public highway while under the influence of some narcotic drug. There was no evidence tending to show conviction of a prior offense or the use of narcotic drugs.

The court submitted the case to the jury on the question of defendant's guilt of operating a motor vehicle on a highway while under the influence of an intoxicating beverage. The jury returned a verdict of guilty. Prison sentence of two years was imposed, suspended with the consent of defendant upon condition that defendant pay a fine, costs, and abstain from the use of intoxicants for a defined time. Defendant appealed as permitted by G.S. 15-180.1.

*Attorney General Bruton and Assistant Attorney General Jones for the State.*

*Robert E. Gaines and Whitener & Mitchem for defendant appellant.*

PER CURIAM. The record contains twenty assignments of error. None conform to our rules. *Sanitary District v. Canoy, ante* 630; *Hunt v. Davis,* 248 N.C. 69, 102 S.E. 2d 405.

The refusal of the court to nonsuit is not assigned as error. Nonetheless, lack of sufficient credible evidence to establish guilt is asserted in the brief. Notwithstanding the failure to assign errors in the manner required by our rules or the failure to include in the assignments of error the refusal to allow the motion to nonsuit, we have examined the evidence and charge. The evidence was sufficient to support the verdict. Our examination does not disclose prejudicial error.

No error.